FRENCH AMERICAN BANKING CORPORATION, Respondent, *v.*
ISBRANDTSEN COMPANY, INC., Appellant.

Argued April 8, 1954; decided May 20, 1954.

*Woodson D. Scott* for appellant.

*Alexis Coudert* and *A. Michael Frothingham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.